LAWRENCE, Respondent, v. SMITH et al., Respondents (SUBURBAN ELECTRIC LIGHT CO. et al., Appellants). (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by John L. Lawrence against George W. Smith and others, constituting the

board of supervisors of the county of Queens, and the Suburban Electric Light Company of Valley Stream and another. No opinion. Judgment affirmed on argument, with costs to the plaintiff respondent, on opinion in Hendrickson v. City of New York, 56 N. Y. Supp. 580. See 52 N. Y. Supp. 724.